■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERMOTH ELLIOTT, Appellant. [657 NYS2d 934] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Corso, J.), rendered June 4, 1996.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Cropper,* 202 AD2d 603). Bracken, J. P., Santucci, Friedmann and Goldstein, JJ., concur.